AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 15, 2025*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Lorenzo Ramirez | ) | Case No.  M-25-1405-M |
| AKA: Lorenzo Ramirez Roidriguez | ) | |
| | ) | |
| YOB: 1980 / COC: United States of America | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____06/15/2025_____ in the county of _____Hidalgo_____ in the _____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 111 (a)(1) | Whoever forcibly assaults, resists, opposes,impedes, intimidates or interferes with any person designated in 18 USC 1114 while engaged in or on account ot the performance of official duties. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Clarissa Smith

*Complainant's signature*

Clarissa Smith, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____06/15/2025_____  7:02 p.m.

*Judge's signature*

City and state: _____McAllen, Texas_____    Hon. Nadia S. Medrano US Magistrate Judge

*Printed name and title*

**ATTACHMENT A**

On June 15, 2025, Border Patrol Agent (BPA) J.Z. was working in their official capacity with the United States Border Patrol (USBP) out of the Weslaco, Texas, USBP Station. J.Z. was wearing his USBP issued uniform and was driving his marked unit with clear USBP markings. J.Z. was working in an area near Weslaco known for extensive alien and narcotics smuggling.

At approximately 7:41a.m., Weslaco BPA performing line operations were approached by a concerned citizen that witnessed a maroon pickup truck load up an unknown number of subjects in his pickup truck around La Coma and Military Highway in Zone 12. Mobile agents working Military Highway responded to the area and located the vehicle at a distance off Military Highway and Farm to Market 1015. Agents then saw the maroon pickup truck turn east on Fresno Drive before the driver abandoned the vehicle at 1906 Encino Drive in Progreso, Texas.

One subject, later identified as Lorenzo Ramirez, was approached by J.Z. on scene in close proximity to the abandoned vehicle and refused to answer questions before running away from J.Z. J.Z. chased Ramirez and was able to catch up to him. Additional BPA responded and attempted to restrain the subject. A struggle ensued with J.Z. and other on scene BPA: R.B., J.P., and E.C. During the incident, J.Z. sustained a punch to the upper thigh and elbow to the side of the head from Ramirez. J.P. was also kicked in the left leg by Ramirez. R.B. witnessed the strikes to J.Z. by Ramirez. After multiple commands and attempts for compliance, J.P. administered his electronic controlled weapon and the subject complied and was placed in BP custody. This account of events was corroborated by witness interviews conducted of R.B., J.P., and E.C.

Law enforcement officers interviewed Ramirez at the Weslaco USBP Station. Ramirez denied any wrongdoing and claimed he was walking to a store nearby. Ramirez claimed he ran from J.Z. because he was afraid since he had been in trouble with law enforcement before.

BPA J.Z. is a Border Patrol Agent employed with the United States government, namely a person designated in section 1114 of Title 18.