United States Courts
Southern District of Texas
FILED
*July 08, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. **M-25-1540** |
| § | |
| LORENZO RAMIREZ § | |
| also known as Lorenzo Ramirez Rodriguez § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about June 15, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LORENZO RAMIREZ**
**also known as Lorenzo Ramirez Rodriguez**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with J.Z., United States Border Patrol Agent, United States Department of Homeland Security, while said agent was engaged in or on account of the performance of his official duties, said offense involved physical contact with J.Z.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY